**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CASE MANAGEMENT MINUTES**

| **Date:** 4/23/2024 | **Time:** 1:32pm - 1:50pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 24-cv-00372-KAW | **Case Name:** California Industrial Facilities Resources, Inc. v. Celina Tent Inc. | |

**For Plaintiff:**
Michael Zachary

**For Defendant:**
Andrew Kreeft

**Deputy Clerk:** William F. Tabunut          **Recorded via Zoom:** 1:32pm - 1:50pm

**PROCEEDINGS**

Initial case management conference held via Zoom.

**ADR REFERRAL**:

(x)  Case referred to ADR for **Private Mediation**, to be completed by **1/31/2025**.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| Last day to amend pleadings: | **9/30/2024** |
| Fact Discovery cutoff**:** | **12/20/2024** |
| Expert disclosure: | **1/17/2025** |
| Expert rebuttal: | **2/14/2025** |
| Expert discovery cutoff**:** | **3/14/2025** |
| Dispositive Motions heard by**:** | **3/20/2025** |
| Meet and Confer: | **5/2/2025** |
| Joint Pretrial Conference Statement and Motions in Limine: | **5/13/2025** |
| Oppositions to Motions in Limine and Objections to Evidence: | **5/23/2025** |
| Pretrial Conference: | **6/11/2025 at 2:00 p.m.** |
| Jury Trial: | **6/23/2025 at 9:00 a.m., for 4 days** |

A further Case Management Conference is set for **10/22/2024** at 1:30pm.  An updated joint case management statement is due by **10/15/2024.**

Order to be prepared by the Court.